Case 9:16-cv-00110-DLC   Document 23   Filed 04/04/17   Page 1 of 2



FILED
APR 04 2017
Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA BACKCOUNTRY HUNTERS AND ANGLERS, a non-profit organization; MONTANA WILDLIFE FEDERATION, a non-profit organization; ANACONDA SPORTSMAN'S CLUB, a non-profit organization; HELENA HUNTERS AND ANGLERS ASSOCIATION, a non-profit organization; and THE CLANCY-UNIONVILLE CITIZENS TASK FORCE, a non-profit organization,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES FOREST SERVICE, a federal agency; and the UNITED STATES DEPARTMENT OF AGRICULTURE, a federal department,<br><br>Defendants. | CV 16–110–M–DLC<br><br>ORDER |

The Parties, having filed a stipulation and joint motion to dismiss, and good cause appearing,

IT IS ORDERED that the stipulation and joint motion (Doc. 22) is GRANTED. This case is hereby DISMISSED WITHOUT PREJUDICE in accordance with the stipulation and joint motion and pursuant to Federal Rule of

Civil Procedure 41(a)(2).

DATED this **4th** day of April, 2017.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court